IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ALLEN RORVIK,<br><br>Defendant. | CR 20–23–BU–DLC<br><br>ORDER |

Pursuant to Local Rule 83.3, Defendant William Allen Rorvik's current attorney, Andy Nelson, has notified the Court that Mr. Rorvik seeks to substitute counsel. (Doc. 18.) Both Mr. Nelson and Shandor S. Badaruddin, the incoming attorney, signed the notice of substitution. (*Id.* at 2.) Mr. Badaruddin has made an appearance and that the Clerk has added him to this case.

Accordingly, IT IS ORDERED that the Clerk of Court shall terminate electronic service on Mr. Nelson, pursuant to Local Rule 83.3.

DATED this 6th day of October, 2020.

Dana L. Christensen, District Judge
United States District Court