IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  WILLIAM ALLEN RORVIK,  Defendant. | CR 20–23–BU–DLC  ORDER |

Before the Court is the government's Motion for Preliminary Order of Forfeiture. (Doc. 29.) The United States indicates that Defendant William Allen Rorvik does not oppose the motion. (*Id.*)

Rorvik entered a plea of guilty to Count I of the Indictment November 3, 2020. (*See* Docs. 27, 28.) Rorvik's plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 29) is GRANTED.

IT IS FURTHER ORDERED THAT:

(1)  Rorvik's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Beretta, model 950 BS, .22 caliber semi-automatic pistol (SIN: BU00808T); and
- Six (6) rounds of .22 caliber ammunition.

1

(2)   The Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law.

(3)   The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions this Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1). The United States will make its return to this Court that such action has been completed.

(4)   Upon adjudication of any third-party interests and on motion, the Court will enter a final order of forfeiture.

DATED this 14th day of December, 2020.

_____
Dana L. Christensen, District Judge
United States District Court