IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ALLEN RORVIK,<br><br>Defendant. | CR 20–23–BU–DLC<br><br><br><br>ORDER |

Before the Court is the government's Motion for Final Order of Forfeiture. (Doc. 38.) The United States indicates that it has contacted Defendant William Allen Rorvik, and he does not oppose the motion. (*Id.*)

After reviewing the motion, the Court FINDS:

(1) The United States commenced this action pursuant to 18 U.S.C. § 924(d). (Doc. 1.)

(2) A Preliminary Order of Forfeiture was entered on December 14, 2020. (Doc. 31.)

(3) All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1).

1

(4)  Good cause appears to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 38) is GRANTED.

IT IS FURTHER ORDERED that:

(1)  Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Beretta, model 950 BS, .22 caliber semi-automatic pistol (SIN: BU00808T); and
- Six (6) rounds of .22 caliber ammunition.

(2)  The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 18th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court